=========================================================

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

=========================================================

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | |
| *versus* | § | NO. 1:15-CR-119-12-MAC |
| | § | |
| | § | |
| CLIFTON RAY FREEMAN | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson recommended:

1. finding the Defendant violated the first allegation in the petition that he failed to follow a mandatory condition of release;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the Defendant to a term of 4 months' imprisonment with 4 years and 6 months of supervised release to follow. The court adopts the magistrate judge's recommended findings for the imposition of the same standard, mandatory, and special conditions of supervised release previously imposed when the Defendant was originally sentenced.

Neither party objected to the proposed findings and recommendations contained in the magistrate judge's report. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is

therefore **ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Clifton Ray Freeman's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 22nd day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE